```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 05986
    MAURICE A JONES
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9983

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/24/2006 and was confirmed 09/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.09%.

     The case was dismissed after confirmation 03/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
LOTONYO HUGHES             PRIORITY       NOT FILED        .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          148.43        .00           .00
D PATRICK MULLARKEY        NOTICE ONLY    NOT FILED        .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED        .00           .00
UNITED STATES ATTORNEY     NOTICE ONLY    NOT FILED        .00           .00
AFNI                       UNSECURED      NOT FILED        .00           .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED        .00           .00
CBA COLLECTION BUREAU      UNSECURED      NOT FILED        .00           .00
CITY OF CHICAGO PARKING    SPECIAL CLASS  NOT FILED        .00           .00
CITY OF CHICAGO PARKING    SPECIAL CLASS  NOT FILED        .00           .00
CITY OF CHICAGO PARKING    SPECIAL CLASS     6150.00       .00           .00
CITY OF CHICAGO PARKING    SPECIAL CLASS  NOT FILED        .00           .00
CITY OF CHICAGO PARKING    SPECIAL CLASS  NOT FILED        .00           .00
CITY OF CHICAGO PARKING    SPECIAL CLASS  NOT FILED        .00           .00
FINANICAL RECOVERY SERVI   UNSECURED      NOT FILED        .00           .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED        .00           .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED        .00           .00
CREDIT CLEARING HOUSE OF   UNSECURED      NOT FILED        .00           .00
DEPENDON COLLECTION SERV   UNSECURED      NOT FILED        .00           .00
ERIK A MARTIN & ASSOC      UNSECURED      NOT FILED        .00           .00
FOLEY-RICE CADILLAC        UNSECURED         4006.02       .00           .00
GLOBAL PAYMENT             UNSECURED      NOT FILED        .00           .00
TCF NATIONAL BANK          UNSECURED          334.51       .00           .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED        .00           .00
HOUSEHOLD FINANCE CORP     UNSECURED      NOT FILED        .00           .00
JEWEL FOOD STORES          UNSECURED      NOT FILED        .00           .00
LIPOSCIENCE INC            UNSECURED      NOT FILED        .00           .00
MERCHANT & MEDICAL         UNSECURED      NOT FILED        .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED      NOT FILED        .00           .00
NCO FINANCIAL              UNSECURED      NOT FILED        .00           .00
NCO FINANCIAL SYSTEM       UNSECURED      NOT FILED        .00           .00
NCO FINANCIAL SYSTEM       UNSECURED      NOT FILED        .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05986 MAURICE A JONES
```

```
NCO FINANCIAL SYSTEM      UNSECURED      NOT FILED              .00           .00
NCO FINANCIAL SYSTEM      UNSECURED      NOT FILED              .00           .00
NCO COLLECTION AGENCY     UNSECURED      NOT FILED              .00           .00
NDC CHECK SERVICES        UNSECURED      NOT FILED              .00           .00
NICOR GAS                 UNSECURED         465.76              .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED              .00           .00
QUALITY CARE WARRANTY SV  UNSECURED      NOT FILED              .00           .00
RMI/MCSI                  UNSECURED         825.00              .00           .00
RMI/MCSI                  UNSECURED      NOT FILED              .00           .00
RMI/MCSI                  UNSECURED      NOT FILED              .00           .00
RMI/MCSI                  UNSECURED      NOT FILED              .00           .00
SIMM ASSOCIATES           UNSECURED      NOT FILED              .00           .00
SURETECHFS                UNSECURED      NOT FILED              .00           .00
VILLAGE OF MELROSE PARK   UNSECURED      NOT FILED              .00           .00
WAL MART                  UNSECURED      NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  PRIORITY             .00              .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         756.89              .00           .00
LOTONYO HUGHS             NOTICE ONLY    NOT FILED              .00           .00
ERICA WEAVER              PRIORITY       NOT FILED              .00           .00
IL STATE DISBURSEMENT UN  DSO ARREARS       2542.31             .00       1410.34
DISH NETWORK              NOTICE ONLY    NOT FILED              .00           .00
SBC ILLINOIS              NOTICE ONLY    NOT FILED              .00           .00
AT & T                    NOTICE ONLY    NOT FILED              .00           .00
AT & T                    NOTICE ONLY    NOT FILED              .00           .00
BANK ONE                  NOTICE ONLY    NOT FILED              .00           .00
NORTH OAK DENTAL CARE     NOTICE ONLY    NOT FILED              .00           .00
TCF NATIONAL BANK         NOTICE ONLY    NOT FILED              .00           .00
COMMONWEALTH EDISON       NOTICE ONLY    NOT FILED              .00           .00
SHURGARD                  NOTICE ONLY    NOT FILED              .00           .00
ASPIRE                    NOTICE ONLY    NOT FILED              .00           .00
SBC                       NOTICE ONLY    NOT FILED              .00           .00
OAK PARK HOSPITAL         NOTICE ONLY    NOT FILED              .00           .00
OAK PARK HOSPITAL         NOTICE ONLY    NOT FILED              .00           .00
OAK PARK HOSPITAL         NOTICE ONLY    NOT FILED              .00           .00
OAK PARK HOSPITAL         NOTICE ONLY    NOT FILED              .00           .00
SBC                       NOTICE ONLY    NOT FILED              .00           .00
VILLAGE OF FOREST PARK    NOTICE ONLY    NOT FILED              .00           .00
VILLAGE OF FOREST PARK    NOTICE ONLY    NOT FILED              .00           .00
VILLAGE OF FOREST PARK    NOTICE ONLY    NOT FILED              .00           .00
VILLAGE OF FOREST PARK    NOTICE ONLY    NOT FILED              .00           .00
CROSS COUNTRY BANK        NOTICE ONLY    NOT FILED              .00           .00
SURETCHFS                 NOTICE ONLY    NOT FILED              .00           .00
IL STATE DISBURSEMENT UN  UNSECURED        8512.00              .00           .00
TIMOTHY K LIOU            DEBTOR ATTY     2,709.20                       2,709.20
TOM VAUGHN                TRUSTEE                                          260.25
DEBTOR REFUND             REFUND                                              .00
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 05986 MAURICE A JONES

```
                         RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  4,379.79

PRIORITY                                         1,410.34
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                   2,709.20
TRUSTEE COMPENSATION                               260.25
DEBTOR REFUND                                          .00
                        ---------------    ---------------
TOTALS                   4,379.79                4,379.79
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
     Dated: 06/25/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```